**Electronically Filed: July 30, 2019**

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
Ani Biesiada, Esq.
Nevada Bar No. 14347
Email: *ani@vegaslawfirm.legal*
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 19-10654-ABL<br>Chapter 11 |
| TWISTLEAF HOLDINGS LLC, | |
| Debtor. | Original Hearing Date: July 31, 2019<br>Original Hearing Time: 1:30 p.m. |
| | **Continued Hearing Date: September 18, 2019**<br>**Continued Hearing Time: 1:30 p.m.** |

**STIPULATION TO CONTINUE THE HEARING ON DEBTOR'S
MOTION TO VALUE COLLATERAL "STRIP OFF" AND MODIFY RIGHTS OF
SECURED CREDITORS PURSUANT TO 11 U.S.C. § 506(a) AND § 1123
FOR THE REAL PROPERTY LOCATED AT
8012 ROUNDUP RIDGE STREET, LAS VEGAS, NEVADA 89131**

Debtor TWISTLEAF HOLDINGS LLC ("Debtor"), and HSBC Bank USA, National Association, as trustee for Luminent Mortgage Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. ("Movant"), through counsel, hereby stipulate, agree, and jointly move the Court to continue the hearing on Debtor's *Motion to Value Collateral "Strip Off" and Modify Rights of Secured Creditors Pursuant to Sections 506(a) and § 1123 for the Real Property Located at 8012 Roundup Ridge Street, Las Vegas, Nevada 89131* ("Motion"), ECF No. 56, from July 31, 2019, at 1:30 p.m. until September 18, 2019, at 1:30 p.m.

DATED this 30th day of July, 2019.                    DATED this 30th day of July, 2019.

ANDERSEN LAW FIRM, LTD.                               MCCARTHY & HOLTHUS, LLP

/s/ Ryan A. Andersen                                  /s/ Michael Chen
Ryan A. Andersen, Esq.                                Michael Chen, Esq.
Nevada Bar No. 12321                                  Nevada Bar No. 7772
Email: *ryan@vegaslawfirm.legal*                      Email: *NVBK@McCarthyHolthus.com*
Ani Biesiada, Esq.                                    9510 West Sahara Avenue
Nevada Bar No. 14347                                  Suite 200
Email: *ani@vegaslawfirm.legal*                       Las Vegas, Nevada 89117
101 Convention Center Drive
Suite 600                                             *Counsel for Movant*
Las Vegas, Nevada 89109

*Counsel for Debtor*