**Electronically Filed: July 30, 2019**

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
Ani Biesiada, Esq.
Nevada Bar No. 14347
Email: *ani@vegaslawfirm.legal*
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TWISTLEAF HOLDINGS LLC,<br><br>      Debtor. | Case No.: 19-10654-ABL<br>Chapter 11<br><br>Original Hearing Date: July 31, 2019<br>Original Hearing Time: 1:30 p.m.<br><br>**Continued Hearing Date: September 18, 2019**<br>**Continued Hearing Time: 1:30 p.m.** |

**STIPULATION TO CONTINUE THE HEARING ON DEBTOR'S
MOTION TO VALUE COLLATERAL "STRIP OFF" AND MODIFY RIGHTS OF
SECURED CREDITORS PURSUANT TO 11 U.S.C. § 506(a) AND § 1123
FOR THE REAL PROPERTY LOCATED AT
2509 SEA VENTURE DRIVE, LAS VEGAS, NEVADA 89128**

Debtor TWISTLEAF HOLDINGS LLC ("Debtor"), and HSBC Bank USA, National Association, as trustee for Luminent Mortgage Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. ("Movant"), through counsel, hereby stipulate, agree, and jointly move the Court to continue the hearing on Debtor's *Motion to Value Collateral "Strip Off" and Modify Rights of Secured Creditors Pursuant to Sections 506(a) and § 1123 for the Real Property Located at 2509 Sea Venture Drive, Las Vegas, Nevada 89128* ("Motion"), ECF No. 47, from July 31, 2019, at 1:30 p.m. until September 18, 2019, at 1:30 p.m.

DATED this 30th day of July, 2019.

ANDERSEN LAW FIRM, LTD.

/s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
Ani Biesiada, Esq.
Nevada Bar No. 14347
Email: *ani@vegaslawfirm.legal*
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109

*Counsel for Debtor*

DATED this 30th day of July, 2019.

MCCARTHY & HOLTHUS, LLP

/s/ Michael Chen
Michael Chen, Esq.
Nevada Bar No. 7772
Email: *NVBK@McCarthyHolthus.com*
9510 West Sahara Avenue
Suite 200
Las Vegas, Nevada 89117

*Counsel for Movant*