_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 31, 2019

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
Ani Biesiada, Esq.
Nevada Bar No. 14347
Email: *ani@vegaslawfirm.legal*
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TWISTLEAF HOLDINGS LLC,<br><br>Debtor. | Case No.: 19-10654-ABL<br>Chapter 11<br><br>Original Hearing Date: July 31, 2019<br>Original Hearing Time: 1:30 p.m.<br><br>**Continued Hearing Date: September 18, 2019**<br>**Continued Hearing Time: 1:30 p.m.** |

**ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON DEBTOR'S MOTION TO VALUE COLLATERAL "STRIP OFF" AND MODIFY RIGHTS OF SECURED CREDITORS PURSUANT TO 11 U.S.C. § 506(a) AND § 1123 FOR THE REAL PROPERTY LOCATED AT 2509 SEA VENTURE DRIVE, LAS VEGAS, NEVADA 89128**

Upon the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that the hearing on Debtor's *Motion to Value Collateral "Strip Off" and Modify Rights of Secured Creditors Pursuant to Sections 506(a) and § 1123 for the Real Property Located at 2509 Sea Venture Drive, Las Vegas, Nevada 89128* ("Motion"), ECF No. 47, shall be continued from July 31, 2019, at 1:30 p.m. until September 18, 2019, at 1:30 p.m.

Respectfully submitted by:

ANDERSEN LAW FIRM, LTD.

By:  /s/ Ryan A. Andersen
     Ryan A. Andersen, Esq.
     Nevada Bar No. 12321
     Email: *ryan@vegaslawfirm.legal*
     Ani Biesiada, Esq.
     Nevada Bar No. 14347
     Email: *ani@vegaslawfirm.legal*
     101 Convention Center Drive
     Suite 600
     Las Vegas, Nevada 89109

*Counsel for Debtor*

# # #