**Electronically Filed: July 31, 2019**

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
Ani Biesiada, Esq.
Nevada Bar No. 14347
Email: *ani@vegaslawfirm.legal*
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No.: 19-10654-ABL |
|---|---|
| TWISTLEAF HOLDINGS LLC, | Chapter 11 |
| Debtor. | **NOTICE OF ENTRY OF ORDER** |

**PLEASE TAKE NOTICE** that an *Order Granting Stipulation to Continue the Hearing on Debtor's Motion to Value Collateral "Strip Off" and Modify Rights of Secured Creditors Pursuant to Sections 506(a) and § 1123 for the Real Property Located at 2509 Sea Venture Drive, Las Vegas, Nevada 89128* was entered in the above-captioned bankruptcy case on **July 31, 2019 as ECF No. 81.**

//

//

//

//

//

//

//

A copy of the Order is attached hereto as **Exhibit 1**.

Dated this 31st day of July, 2019.

        Respectfully submitted by:

        **ANDERSEN LAW FIRM, LTD.**

        By:    /s/ Ryan A. Andersen
                  Ryan A. Andersen, Esq.
                  Nevada Bar No. 12321
                  Email: *ryan@vegaslawfirm.legal*
                  Ani Biesiada, Esq.
                  Nevada Bar No. 14347
                  Email: *ani@vegaslawfirm.legal*
                  101 Convention Center Drive
                  Suite 600
                  Las Vegas, Nevada 89109

        *Counsel for the Debtor*

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 31, 2019

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
Ani Biesiada, Esq.
Nevada Bar No. 14347
Email: *ani@vegaslawfirm.legal*
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Phone: 702-522-1992
Fax:     702-825-2824

*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 19-10654-ABL<br>Chapter 11 |
| TWISTLEAF HOLDINGS LLC, | |
| Debtor. | Original Hearing Date: July 31, 2019<br>Original Hearing Time: 1:30 p.m. |
| | **Continued Hearing Date: September 18, 2019**<br>**Continued Hearing Time: 1:30 p.m.** |

**ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON DEBTOR'S MOTION TO VALUE COLLATERAL "STRIP OFF" AND MODIFY RIGHTS OF SECURED CREDITORS PURSUANT TO 11 U.S.C. § 506(a) AND § 1123 FOR THE REAL PROPERTY LOCATED AT 2509 SEA VENTURE DRIVE, LAS VEGAS, NEVADA 89128**

1  Upon the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED**
2  that the hearing on Debtor's *Motion to Value Collateral "Strip Off" and Modify Rights of Secured*
3  *Creditors Pursuant to Sections 506(a) and § 1123 for the Real Property Located at 2509 Sea Venture*
4  *Drive, Las Vegas, Nevada 89128* ("Motion"), ECF No. 47, shall be continued from July 31, 2019, at
5  1:30 p.m. until September 18, 2019, at 1:30 p.m.

Respectfully submitted by:

ANDERSEN LAW FIRM, LTD.

By:   /s/ Ryan A. Andersen
      Ryan A. Andersen, Esq.
      Nevada Bar No. 12321
      Email: *ryan@vegaslawfirm.legal*
      Ani Biesiada, Esq.
      Nevada Bar No. 14347
      Email: *ani@vegaslawfirm.legal*
      101 Convention Center Drive
      Suite 600
      Las Vegas, Nevada 89109

*Counsel for Debtor*

# # #