Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
mchen@mccarthyholthus.com

Attorneys for MTGLQ Investors, LP, its assignees and/or successors, by and through its servicing agent Rushmore Loan Management Services LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Twistleaf Holdings LLC,<br><br>      Debtor. | Case No.  19-10654-abl<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR VALUATION OF COLLATERAL (2509 SEA VENTURE – DKT. NO. 47)** |

1

1  Twistleaf Holdings LLC, by and through his undersigned attorney, and MTGLQ Investors, LP, as its attorney in fact, ("Movant") by and through its attorneys undersigned, hereby agree and stipulate that the hearing currently set for 10/23/2019 at 1:30PM on the Debtor's Motion to Value Collateral in the above-referenced bankruptcy case shall be continued. Therefore, the hearing will be continued to 11/27/2019 at 1:30PM.

Dated: 10/22/2019                McCarthy & Holthus, LLP

                                 by /s/ Michael Chen
                                    Michael Chen, Esq.
                                    Attorney For Movant

Dated: 10/22/2019                by /s/Ryan Andersen
                                    Ryan A. Andersen
                                    Attorney For Debtor

2

File No. NV-19-152577                          Case No. 19-10654-abl
                                        Stipulation to Continue Hearing