Michael W. Chen, Esq. SBN 7307
Kristin A. Schuler-Hintz, Esq. SBN 7171
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
khintz@mccarthyholthus.com

Attorneys for Defendants, MTGLQ Investors, L.P., its assignees and/or successors, by and through its servicing agent Rushmore Loan Management Services LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Twistleaf Holdings LLC,<br><br>　　　　Debtor. | Case No. 19-10654-abl<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION TO VALUE COLLATERAL (8012 ROUNDUP RIDGE – DKT. NO. 56)** |

2

Twistleaf Holdings LLC, by and through his undersigned attorney, and MTGLQ Investors, L.P., as its attorney in fact, ("Movant") by and through its attorneys undersigned, hereby agree and stipulate that the hearing currently set for 10/23/2019 at 1:30PM on the Debtor's Motion to Value Collateral in the above-referenced bankruptcy case shall be continued. Therefore, the hearing will be continued to 11/27/2019 at 1:30pm.

Dated: 10/22/2019     McCarthy & Holthus, LLP

by /s/ Michael Chen
Michael Chen, Esq.
Attorney For Secured Creditor

Dated: 10/22/2019     by /s/ Ryan Andersen
Ryan A. Andersen
Attorney For Debtor